FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 5 2021

SEAN F. McAVOY, CLERK
RICHLAND, WASHINGTON

James M. Hartjen

VS.

Face Book / F.B.I.

8-21-21

**2:21-cv-00260-SAB**

James M. Hartjen

3211 W. John Day AvE
Kennewick WA 99352

Face book responsible for
Organizing and Safeguarding it platform
from Bulling, Slander, and Defamation
of ones Charter, Facebook Countines to
Operate on the thought if a investigation
Such as Operation Casper is going
on that the person they are investigaing
is guilt. Face Book permitts the F.B.I.
to over look specific legislation act
that the Constitution grants United
State Citizien. Such As the 4th Amendment
Face Book willing to let F.B.I. post,

RECEIVED
AUG 2 5 2021
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

Share, Disinformation on FacBooks
platform; Operation Casper ran by
Doug Markison of the F.B.I.
told and order His Agents to
Crote pitures of Me and Two
little Kids togather naked. Operation
Casper made me out to Be some
one that was consite.red to Be
a Sex offender, I am not! they lied
Because I have money in the Canomas
Islands. I Became parinoid Because
for the action of FaceBook and the
F.B.I. action.

   I Seeking 700 Million dollars
from each platform, for Defamation,
lible, Slander, and Bulling.